**No. 39853.**—Protests 802706–G, etc., of Testing Machines, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paper scales, micrometers, and parts of micrometers. The claim at 27½ percent under paragraph 372 was sustained on the authority of *Testing Machines, Inc.* v. *United States* (T. D. 49608).

BEFORE THE THIRD DIVISION, NOVEMBER 15, 1938

**No. 39854.**—Protest 957362–G of Pastene & Co. (Boston).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protest was sustained.

**No. 39855.**—Protest 952036–G of Geo. Ehlenberger & Co. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protest was sustained.

**No. 39856.**—Protests 951084–G, etc., of C. Pappas Co. et al. (Boston).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 39857.**—Protest 949057–G of Strauss Bros. & Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 39858.**—Protest 949680–G of Meadows Wye & Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 39859.**—Protest 918881–G of H. Pollak, Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 39860.**—Protests 920317–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protests were overruled.

**No. 39861.**—Protest 924425–G of Bergdorf & Goodman Co. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.